| | |
|---|---|
| 1 | MARC S. HINES (SBN 140065) |
|   | mhines@hinessmith.com |
| 2 | MICHELLE L. CARDER (SBN 174481) |
|   | mcarder@hinessmith.com |
| 3 | JOSEPH S. MCMILLEN (SBN 174561) |
|   | jmcmillen@hinessmith.com |
| 4 | **HINES SMITH CARDER DINCEL LLP** |
|   | 3080 Bristol Street, Suite 540 |
| 5 | Costa Mesa, California 92626 |
|   | Tel.: (714) 513-1122 |
| 6 | Fax: (714) 513-1123 |

**NOTE CHANGES MADE BY THE COURT**

Attorneys for Defendant
AMCO INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| A-1 TRANSMISSION AUTOMOTIVE TECHNOLOGY, INC., | CASE NO. 2:10-cv-08496-RSWL-SS |
|---|---|
| Plaintiff, | Discovery Document: Referred to Magistrate Judge Suzanne H. Segal |
| vs. | **ORDER RE: STIPULATED PROTECTIVE ORDER** |
| AMCO INSURANCE COMPANY, a corporation; and DOES 1 - 10, inclusive, | |
| Defendants. | |

**NOTE CHANGES MADE BY THE COURT**

## ORDER

Based on the above Stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulated Protective Order, the term of which are set forth above, be in force as a Protective Order of this Court, and that the parties, person and entities to whom Defendant, AMCO Insurance Company's Confidential Documents, information and materials be released shall be

///

subject to and bound by the terms and conditions of the Stipulated Protective Order. *as modified (SS)*

**IT IS SO ORDERED.**

Dated: 9/12/11

_____
MAGISTRATE JUDGE