O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A-1 Transmission Automotive Technology, Inc., | ) ) ) | CV 10-8496 RSWL (SSx) |
| Plaintiff, | ) ) | **ORDER Re: Defendant's Ex Parte Application to Exclude Expert Testimony or Alternatively to Amend Scheduling Order to Continue Pending Dates [19]** |
| v. | ) ) | |
| AMCO Insurance Company; and Does 1 through 10, | ) ) ) | |
| Defendants. | ) ) | |

    Currently before this Court is Defendant AMCO Insurance Company's ("Defendant") Ex Parte Application to Exclude Expert Testimony or Alternatively to Amend Scheduling Order to Continue Pending Dates [19]. Having considered the Application and the Opposition filed by Plaintiff A-1 Transmission Automotive Technology, Inc. ("Plaintiff"), **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

    Defendant's Request to Exclude Expert Testimony is **DENIED.** The Court finds that good cause does not exist to preclude Plaintiff from presenting any expert

1

testimony in this case.

However, the Court **GRANTS** Defendant's alternative request to amend the Court's previous Scheduling Order. In light of Plaintiff's failure to make the expert witness disclosures alleged by Defendant, the Court finds that good cause exists to continue all pending dates as follows:

(1) Pursuant to the Magistrate Judge's October 25, 2011 Order [23], Plaintiff shall designate all experts and serve expert reports in full compliance with Federal Rule of Civil Procedure 26 no later than Monday, October 31, 2011;

(2) Defendant shall have thirty days from Plaintiff's disclosure compliance to designate rebuttal experts and serve rebuttal reports, if desired;

(3) Discovery Cut-Off shall be extended sixty (60) days to December 30, 2011;

(4) Expert Cut-Off shall be extended sixty (60) days to January 13, 2012;

(5) The Last Day to File Motions shall be extended sixty (60) days to January 30, 2012;

///
///
///
///
///
///
///

1    (6) The Final Pretrial Conference shall be on:
2 April 17, 2012 at 10:00 a.m.
3    (7) Jury Trial date shall be: May 8, 2012 at 9:00
4 a.m.
5
6 DATED: October 31, 2011
7 **IT IS SO ORDERED.**
8
                                    RONALD S.W. LEW
9                            _____
10                              **HONORABLE RONALD S.W. LEW**
11                              Senior, U.S. District Court Judge