# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-1 TRANSMISSION AUTOMOTIVE TECHNOLOGY, INC., <br><br>             Plaintiff, <br><br>vs. <br><br>AMCO INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive, <br><br>             Defendants. | CASE NO. 2:10-cv-08496-RSWL-SS <br><br> ORDER ON AMCO INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFF'S DECLARATION TESTIMONY AND EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT <br><br>Fed. Rule Civ. Proc. Rule 56 <br><br>Hearing Date: April 3, 2012 <br>Time:         10:00 a.m. <br>Dept:         21 <br>Judge:        Ronald S. Lew |

Upon review of all moving and opposing papers and evidence, and upon hearing argument of counsel, this Court issues the following rulings on Defendant AMCO Insurance Company's ("AMCO") Objections to Plaintiff's Declaration Testimony and Exhibits in Support of their Opposition to Motion for Partial Summary Judgment.

/ / /

/ / /

/ / /

## Declaration of Francis X. Doherty

| **Objection No. 1-4** | Sustained: _____ <br><br> Overruled: ____X_____ |
|---|---|
| **Objection No. 5** | Sustained: ____X_____ <br><br> Overruled: _____ |
| **Objection No. 6** | Sustained: _____ <br><br> Overruled: ____X_____ |
| **Objection No. 7-9** | Sustained: ____X_____ <br><br> Overruled: _____ |
| **Objection No. 10-13** | Sustained: _____ <br><br> Overruled: ____X_____ |

## Declaration of Phil Allman

| **Objection No. 14-15** | Sustained: _____ <br><br> Overruled: ____X_____ |
|---|---|

## Declaration of David Skipton

| **Objection No. 16** | Sustained: ____X_____ <br><br> Overruled: _____ |
|---|---|
| **Objection No. 17-18** | Sustained: _____ <br><br> Overruled: ____X_____ |

2
ORDER ON AMCO'S OBJECTIONS TO PLAINTIFF'S DECLARATION TESTIMONY AND EXHIBITS

| | |
|---|---|
| **Objection No. 19** | Sustained: ___X___ <br><br> Overruled: _____ |
| **Objection No. 20-32** | Sustained: _____ <br><br> Overruled: ___X___ |

### Declaration of David Krattenmaker

| | |
|---|---|
| **Objection No. 33-36** | Sustained: _____ <br><br> Overruled: ___X___ |
| **Objection No. 37** | Sustained: ___X___ <br><br> Overruled: _____ |
| **Objection No. 38-46** | Sustained: _____ <br><br> Overruled: ___X___ |
| **Objection No. 47** | Sustained: ___X___ <br><br> Overruled: _____ |
| **Objection No. 48-57** | Sustained: _____ <br><br> Overruled: ___X___ |
| **Objection No. 58** | The Court **OVERRULES** the objection as to the part of the statement that states that Defendant denied Plaintiff's claim for the construction of the office. The Court, however, **SUSTAINS** the objections as to the part of the statement that Defendant did not inspect the office because statement lacks foundation. |

| | |
|---|---|
| **Objection No. 59** | Sustained: _____<br><br>Overruled: ____X_____ |
| **Objection No. 60** | The Court **OVERRULES** as to the portion of the statement that Defendant denied Plaintiff's EE claim. The Court, however, **SUSTAINS** the objections as to the portion of the statement that Defendant gave no consideration to Plaintiff's interests, because it lacks foundation. |
| **Objection No. 61** | The Court **OVERRULES** the portion that Melton failed to inspect because Krattenmaker has personal knowledge as to whether Melton inspected the premises. The Court **SUSTAINS** the objection as to the portion that Melton speculated that the extra expenses were actually for the repair of the building, because it lacks foundation |
| **Objection No. 62-64** | Sustained: _____<br><br>Overruled: ____X_____ |
| **Objection No. 65** | The Court **SUSTAINS** as to the part that relates to Skipton's "impression," because Krattenmaker does not have personal knowledge as to Skipton's impressions. The Court **OVERRULES** as to the part that the extra expenses were not used for the repair of the building. |
| **Objections No. 66-74** | Defendant has numbered its objections incorrectly and does not actually include objections number 66-74. |

| **Objection No. 75-76** | Sustained: _____ |
|---|---|
| | Overruled: ___X___ |

IT IS SO ORDERED.

Dated:  April 27, 2012

                                          **RONALD S.W. LEW**
                                          Hon. Ronald S. Lew
                                          Senior, U.S. District Court Judge