# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-1 TRANSMISSION AUTOMOTIVE TECHNOLOGY, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 2:10-cv-08496-RSWL-SS<br><br>ORDER ON AMCO INSURANCE COMPANY'S OBJECTIONS TO EVIDENCE CITED IN SUPPORT OF PLAINTIFF'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND RESPONSE TO AMCO'S STATEMENT OF UNCONTROVERTED FACTS<br><br>Fed. Rule Civ. Proc. Rule 56<br><br>Hearing Date: April 3, 2012<br>Time:         10:00 a.m.<br>Dept:         21<br>Judge:        Ronald S. Lew |

Upon review of all moving and opposing papers and evidence, and upon hearing argument of counsel, this Court issues the following rulings on Defendant AMCO Insurance Company's ("AMCO") Objections to Plaintiff's Statement of Genuine Disputes of Material Fact and Response to AMCO's Statement of Uncontroverted Facts in Support of their Opposition to Motion for Partial Summary Judgment.

///

## OBJECTIONS TO EVIDENCE CITED IN PLAINTIFF'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| | |
|---|---|
| **Objection No. 1-7** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 8** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 9-17** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 18** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 19-54** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 55** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 56-83** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 84** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 86-90** | The Court **OVERRULE** as to part of the statement that states that Defendant denied Plaintiff's claim for the construction of the office, because the |

| | |
|---|---|
| | cited correspondence does show that Defendant denied the aforementioned claim.  The Court **SUSTAINS** the objections as to the part that states that Defendant did not inspect the office and did not corroborate Krattenmaker's representation, because the statement lacks foundation. |
| **Objection No. 91** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 92** | The Court **OVERRULES** the objections as to the part of the statement in which Melton testifies that he did not understand how certain expenses were extra expenses, because Melton has personal knowledge as to what he does or does not understand about the expenses.  The Court **SUSTAINS** the part that states that Defendant withheld payments without an investigation, because this part lacks foundation. |
| **Objection No. 93** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 94** | The Court **OVERRULES** as to  the portion of the statement in which that Melton claims that he did not know whether the payment was an extra expense, because he has personal knowledge as to what he does and does not know.   The Court **SUSTAINS** as to the part that states that Defendant did not conduct any investigation, because this part lacks foundation. |
| **Objection No. 95** | Sustained: _____X_____ |

| | |
|---|---|
| | Overruled: _____ |
| **Objection No. 96** | The Court **OVERRULES** the part of the statement in which Melton claimed that he did not understand how payment for a generator was an extra expense, because Melton has personal knowledge as to what he does or does not understand about the expenses.  The Court **SUSTAINS** the part that states that Defendant withheld payment without an investigation, because this part lacks foundation. |
| **Objection No. 97** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 98** | The Court **OVERRULES** the objections as to Melton's statement regarding the security guards claim because Melton has personal knowledge as to what he wrote.  The Court **SUSTAINS** the objections as to the portion that the statement has no basis in fact because it lacks foundation. |
| **Objection No. 99** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 100-101** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 102-106** | The Court **OVERRULES** as to the portion of the statement that Defendant denied Plaintiff's EE claim because it is relevant to Plaintiff's EE claims.  The Court **SUSTAINS** as to the portion of the statement that Defendant gave no consideration to Plaintiff's interests, because it lacks foundation. |

| **Objection No. 107** | The Court **SUSTAINS** the portion that the theft of the catalytic converter was reported to Defendant and the need for security for customer vehicles was documented because it lacks foundation. The Court **OVERRULES** as to the portion that Melton claimed that Defendant never knew about or authorized the use of security guards because he has personal knowledge. |
|---|---|
| **Objection No. 108** | Sustained: _____  Overruled: ____X____ |
| **Objection No. 109** | The Court **SUSTAINS** objections to the portion that Melton ignored information in the file because it lacks foundation. The Court **OVERRULES** the portion that states that Melton concluded that security guards were there to protect the building because it is relevant to Plaintiff's Extra Expense claim. |
| **Objection No. 110** | Sustained: _____  Overruled: ____X____ |
| **Objection No. 111-12** | Sustained: ____X____  Overruled: _____ |
| **Objection No. 113-18** | Sustained: _____  Overruled: ____X____ |
| **Objection No. 119** | Sustained: ____X____  Overruled: _____ |

| | |
|---|---|
| **Objection No. 120-24** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 125-28** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 129-30** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 131** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 132-35** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 136** | Sustained: _____X_____<br><br>Overruled: _____ |
| **Objection No. 137** | The Court **SUSTAINS** as to the portion that states that Defendant denied the insurance claim because Defendant has only a feeling that Plaintiff was submitting a false claim because it lacks foundation.  The Court **OVERRULES** the portion that Melton felt it paid all policy benefits and needed more information because this portion is relevant. |
| **Objection No. 138** | Sustained: _____<br><br>Overruled: _____X_____ |
| **Objection No. 139** | Sustained: _____X_____ |

6
ORDER ON AMCO'S OBJECTIONS TO EVIDENCE CITED IN PLAINTIFF'S STATEMENT OF GENUINE DISPUTES AND RESPONSE TO AMCO'S STATEMENT OF UNCONTROVERTED FACTS

| | |
|---|---|
| | Overruled: _____ |
| **Objection No. 140** | The Court **OVERRULES** the portion that states that Salata said he could calculate Plaintiff's BI loss using the bottom-up method but that he chose not to because the statement is relevant to Plaintiff's BI claims.  The Court **SUSTAINS** the portion that states that the bottom-up method was prescribed by the policy because it lacks foundation. |
| **Objection No. 141** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 142** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 143** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 144** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 145-48** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 149-50** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 151** | Sustained: _____X_____ <br><br> Overruled: _____ |

| | |
|---|---|
| **Objection No. 152** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 153** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 154-57** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 158-59** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 160-62** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 163-65** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 166** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 167-68** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 169-70** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 171** | Sustained: _____X_____ <br><br> Overruled: _____ |

| | |
|---|---|
| **Objection No. 172** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 173-76** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 177-80** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 181** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 182** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 183-86** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 187-91** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 192** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 193** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 194** | Sustained: ____X____ <br><br> Overruled: _____ |

| Objection | Ruling |
|---|---|
| **Objection No. 195-97** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 198** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 199-202** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 203-06** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 207-08** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 209-11** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 211** | Sustained: _____ <br><br> Overruled: _____ |
| **Objection No. 212** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 213-18** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 219** | Sustained: ____X____ <br><br> Overruled: _____ |

| | |
|---|---|
| **Objection No. 220-29** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 230** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 231** | The Court **OVERRULES** the objections to the portion that Melton failed to inspect.  Krattenmaker has personal knowledge as to whether Melton inspected the premises.  The Court **SUSTAINS** as to the portion that Melton speculated that the extra expenses were actually for the repair of the building, because Krattenmaker has no personal knowledge as to whether Melton speculated about this issue. |
| **Objection No. 232-34** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 235** | The Court **OVERRULES** as to the information in the letter because the evidence is relevant to Plaintiff's BI and EE claims.  The Court **SUSTAINS** as to the portion that states "nothing was done" because the cited testimony does not reference that Defendant did nothing in response to the letter at issue. |
| **Objection No. 236-42** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 243-44** | Sustained: _____X_____ <br><br> Overruled: _____ |

| | |
|---|---|
| **Objection No. 245** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 246** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 247** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 248** | Sustained: ____X____ <br><br> Overruled: _____ |
| **Objection No. 249-51** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 252** | The Court **SUSTAINS** as to the portion that defines the July 28, 2008 item as a "letter" because it is a claim note in which both Melton and Skipton agreed they did not see how the guard reduced the income loss.  The Court **OVERRULES** as to Roessler's statement because her testimony is relevant to Plaintiff's BI and EE claims. |
| **Objection No. 253-57** | Sustained: _____ <br><br> Overruled: ____X____ |
| **Objection No. 258** | Sustained: ____X____ <br><br> Overruled: _____ |

| Objection No. 259-63 | Sustained: _____ <br><br> Overruled: _____X_____ |
|---|---|

## OBJECTIONS TO PLAINTIFF'S RESPONSE TO AMCO'S STATEMENT OF UNCONTROVERTED FACTS

| Objection No. 264-67 | Sustained: _____X_____ <br><br> Overruled: _____ |
|---|---|
| Objection No. 268-69 | Sustained: _____ <br><br> Overruled: _____X_____ |
| Objection No. 270 | Sustained: _____X_____ <br><br> Overruled: _____ |
| Objection No. 271 | The Court **SUSTAINS** as to the portion that Salata did not use a top-down or bottom up approach because Salata states that he used a top-down approach. The Court **OVERRULES** as to the rest of the statement because it is relevant to Plaintiff's BI and EE claims. |
| Objection No. 272-73 | Sustained: _____X_____ <br><br> Overruled: _____ |
| Objection No. 274-76 | Sustained: _____ <br><br> Overruled: _____X_____ |
| Objection No. 277 | Sustained: _____X_____ <br><br> Overruled: _____ |

| | |
|---|---|
| **Objection No. 278-79** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 280-82** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 283** | The Court **SUSTAINS** objections to the statement that Defendant believes Plaintiff was running a scam, because Plaintiff has no personal knowledge as to what Defendant believed.  The Court **OVERRULE** objection to the statement that Melton said none of the extra expenses are covered because that is relevant to Plaintiff's BI and EE claims. |
| **Objection No. 284** | Sustained: _____ <br><br> Overruled: _____X_____ |
| **Objection No. 285** | Sustained: _____X_____ <br><br> Overruled: _____ |
| **Objection No. 286-89** | Sustained: _____ <br><br> Overruled: _____X_____ |

      IT IS SO ORDERED.

Dated:  April 27,  2012

## RONALD S.W. LEW

      Hon. Ronald S. Lew
      Senior, U.S. District Court Judge