# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-1 TRANSMISSION AUTOMOTIVE TECHNOLOGY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:10-cv-08496-RSWL-SS<br><br>ORDER RE: <u>PLAINTIFF'S OBJECTIONS TO EVIDENCE CITED IN SUPPORT OF DEFENDANT'S STATEMENTS OF UNCONTROVERTED FACTS</u><br><br>Fed. Rule Civ. Proc. Rule 56<br><br>Hearing Date: April 3, 2012<br>Time:　　　10:00 a.m.<br>Dept:　　　21<br>Judge:　　　Ronald S. Lew |

　　　Upon review of all moving and opposing papers and evidence, and upon hearing argument of counsel, this Court issues the following ruling on Plaintiff A-1 Transmission Automotive Technology Inc.'s ("Plaintiff") objections to evidence cited in support of Defendant's Statements of Uncontroverted Facts:

　　　The Court **OVERRULES** all twenty-seven objections made by Plaintiff. The Court finds that all objections made by Plaintiff lack merit. More specifically, Plaintiff primarily makes relevance objections to various undisputed facts

/ / /

/ / /

asserted by Defendant. The Court, however, finds that all twenty-seven statements of undisputed facts are relevant to Plaintiff's Business Income and Extra Expense insurance claims.

IT IS SO ORDERED.

Dated: April 27, 2012

                                    **RONALD S.W. LEW**
                                    Hon. Ronald S. Lew
                                    Senior, U.S. District Court Judge