O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| A-1 Transmission Automotive Technology, Inc., | ) ) ) | CV 10-8496 RSWL (SSx) |
| Plaintiff, | ) ) | **ORDER Re: Defendant AMCO Insurance Company's** |
| v. | ) ) | **Insurance Company's Motion to Continue Trial** |
| | ) ) | **[103]** |
| AMCO Insurance Company; and Does 1 through 10, | ) ) ) | |
| Defendants. | ) ) | |

On June 1, 2012, Defendant AMCO Insurance Company's ("Defendant") Motion to Continue Trial came on for regular calendar before the Court [103].  The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **GRANTS** Defendant's Motion to Continue Trial.  The Court finds that Defendant has met its burden for its request and that good cause exists to continue the trial date, final pre-trial conference, and all related deadlines.

1

1    Accordingly, the Court continues the current final

2    pretrial conference and trial dates to the following

3    schedule: (1) Final Pretrial Conference is August 21,

4    2012, at 10:00 a.m. and (2) Jury trial is September 18,

5    2012, at 9:00 a.m.  All associated dates shall be set

6    in compliance with the new final pretrial conference

7    and trial dates.

8

9    DATED: June 6, 2012

10   **IT IS SO ORDERED.**

11

12                        RONALD S.W. LEW
     _____

13                     **HONORABLE RONALD S.W. LEW**

14                   Senior, U.S. District Court Judge